UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:05-CV-21324-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS J. VARELA,

    Defendant.
_____/

## ORDER DENYING DEFENDANT CARLOS J. VARELA'S
## *PRO SE* MOTION TO SET ASIDE DEFAULT FINAL JUDGMENT

THIS CAUSE comes before the Court upon Defendant Carlos J. Varela's *pro se* Motion to Set Aside Default Final Judgment Signed on June 20, 2005 ("Motion") (D.E. 17), filed April 24, 2019.

Nothing had been filed in this case since June 21, 2006 when the case was terminated. In the Motion, Varela argues that the Default Final Judgment signed by the Court on June 20, 2005 (D.E. 10) had a "fraudulent signature" and so should be set aside (D.E. 17, at 1).

Upon reviewing the signature referenced by Defendant, the Court finds that the signature is not fraudulent. Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Defendant's *pro se* Motion to Set Aside Default Final Judgment **(D.E. 17)** be and the same is hereby **DENIED**.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 26th day of April, 2019.

                              JAMES LAWRENCE KING
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF FLORIDA

cc:     **All Counsel of Record**